■ PATRICIA NORRIS, Appellant, v ROBERT NORRIS, Respondent. — Order affirmed, with costs. All concur, except Simons, J.P., who dissents and votes to vacate the order in the following memorandum.

Simons, J.P. (dissenting). Plaintiff instituted this proceeding to collect arrears in child support and household maintenance that defendant was ordered to pay her by a prior divorce judgment. The court granted plaintiff partial relief. Plaintiff appeals from the denial of full relief contending that her counsel was improperly foreclosed in cross-examining defendant. The transcript reveals that, after a few brief questions, the court, over objection, cut off counsel's cross-examination of defendant and closed the evidence. The ruling was erroneous and requires that the court's order be vacated and that the record be reopened to permit a reasonable opportunity to question defendant husband. (Appeal from order of Erie Supreme Court, Sedita, J. — enforce divorce decree.) Present — Simons, J.P., Callahan, Denman, Moule and Schnepp, JJ.